UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RASHOD LAMAR BROWN,

    Petitioner,

v.                                  Case Number 2:13-CV-13189

CINDI CURIN,

    Respondent.
                                      /

**JUDGMENT**

In accordance with the court's "Order of Summary Dismissal Without Prejudice and Denying a Certificate of Appealability," dated July 31, 2013,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent Cindi Curin and against Petitioner Rashod Lamar Brown.  Dated at Detroit, Michigan, this 31st day of July 2013.

                                            DAVID J. WEAVER
                                            CLERK OF THE COURT

                                            <u>Richard Loury for Lisa Wagner</u>
                                            By:  Lisa Wagner, Case Manager
                                                 to Judge Robert H. Cleland